**Gary Buterra WILLIAMS, Plaintiff–Appellant,**

v.

**Mr. Bradley CAVEDO, State Judge, Richmond Circuit Court; Mr. Cary Bowen, State Court Appointed Counsel, Defendants–Appellees.**

No. 14–7002.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 23, 2014.

Decided: Sept. 26, 2014.

Gary Buterra Williams, Appellant Pro Se.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Buterra Williams appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012) and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Cavedo*, No. 3:13–cv–00672–HEH (E.D. Va. Mar. 4 & June 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*